UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| LARRON R. BRUCE, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | CV417-049 |
| | ) | CR415-204 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

Larron R. Bruce moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence for a drug-conspiracy conviction. CR415-204, doc. 152 at 1. The Court **DIRECTS** the Government to respond within thirty days from the date of this Order. 28 U.S.C. § 2255, Rule 4(b).

**SO ORDERED**, this 14th day of March, 2017.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA