IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LARRON R. BRUCE, )
)
    Petitioner, )
)
v. ) CASE NOS. CV417-049
)           CR415-204
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 6.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the Government's Motion to Dismiss is **GRANTED** and Petitioner's 28 U.S.C. § 2255 petition is **DENIED**.

In addition, the Court **DECLINES** to issue a Certificate of Appealability ("COA") in this case. Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court first issues a COA. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Court has carefully considered Petitioner's case and finds that he cannot meet

the above standard. As a result, any request by Petitioner for leave to appeal in forma pauperis would be moot. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of August 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA