IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                  ) | |
|     Plaintiff-Appellee,          ) | |
|                                  ) | |
| vs.                              ) | Case No. CR415-204 |
|                                  ) | |
| LARRON R. BRUCE,                 ) | |
|                                  ) | |
|     Defendant-Appellant.         ) | |

### O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 19th day of February 2020.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA